IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Sean C. Black,

    Plaintiff,

vs.

Hamilton County Clerk of Courts
and Justice Center,

    Defendants.

Case Number: 1:21cv4

Judge Susan J. Dlott

ORDER

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Karen L. Litkovitz filed on March 18, 2021(Doc. 13), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired April 1, 2021, hereby ADOPTS said Report and Recommendations.

Accordingly, plaintiff's complaint is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B). It is further Ordered that plaintiff's pending motion for supplies (Doc. 3) is **DENIED**.

The Court certifies pursuant to 28 U.S.C. § 1915(a) that an appeal of any Order adopting this Report and Recommendation would not be taken in good faith and therefore denies plaintiff leave to appeal *in forma pauperis*. Plaintiff remains free to apply to proceed *in forma pauperis* in the Court of Appeals.

IT IS SO ORDERED.

Susan J. Dlott
United States District Court